# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC TODD MCCOY, | : | |
| Plaintiff, | : | |
| | : | No. 1:18-cv-1716 |
| v. | : | |
| | : | (Judge Kane) |
| R.A. PERDUE, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 28th day of February 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant Rush's motion to dismiss and/or for summary judgment (Doc. No. 25) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendant J. Rush and against Plaintiff Eric Todd McCoy as to all claims asserted against Defendant Rush; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania